

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00884-CV

**FMO MEDIA LLC**,
Appellant

v.

**CLARITY MORTGAGE LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV00378
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: March 6, 2024

DISMISSED

On December 6, 2023, we abated this appeal to the trial court and ordered the trial court to issue a written order that finds the date when appellant FMO Media, LLC or its attorney first either received notice or acquired actual knowledge that the default judgment was signed. *See* TEX. R. APP. P. 4.2(c). We further ordered the trial court to cause a supplemental clerk's record containing its order to be filed in this court, which, to date, has not occurred.

On February 22, 2024, the parties filed a joint motion to dismiss this appeal. The motion states that the parties have reached a settlement agreement, that all required terms of the settlement

have been consummated, and that appellee has filed a notice of nonsuit with prejudice in the trial court. In light of the foregoing, we reinstate this appeal to our docket, and we subsequently grant the motion to dismiss and dismiss this appeal. *See id.* R. 42.1(a). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM